November 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

APPROXIMATELY $31,421.00, Appellant

NO. 14-14-00385-CV                    V.

THE STATE OF TEXAS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, the State of Texas, signed February 18, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We order the judgment of the court below **REVERSED** and **RENDER** judgment ordering the State to return the seized proceeds to claimant Fredi Azuara Enriquez. We further remand the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, the State of Texas.

We further order this decision certified below for observance.